### Joe Starr GULLAHORN
v.
### UNITED STATES of America.
### No. 5572.

United States Court of Appeals
Tenth Circuit.
May 15, 1957.

Blair James Lawther, Denver, Colo., for appellant.

Paul F. Larrazolo, U. S. Atty., Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

### Louis Jess CITO
v.
### UNITED STATES of America.
### No. 5594.

United States Court of Appeals
Tenth Circuit.
May 15, 1957.

Donald E. Kelley, U. S. Atty., and Herbert M. Boyle, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

### William Andrew WARD
v.
### UNITED STATES of America.
### No. 5595.

United States Court of Appeals
Tenth Circuit.
May 15, 1957.

James C. Seccombe, Jr., Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., and Milton P. Beach, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.